1  PHILLIP A. TALBERT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:17-CR-00136-KJM

                          Plaintiff,       STIPULATION AND [PROPOSED]
12                                          PROTECTIVE ORDER
                    v.
13
    XIU PING LI,
14  GUI WEN PAN,
    XIU RU LI,
15  DAO ZHONG WEI,
    YONG JIE LIU,
16  YOU AN LI,
    SHUI PING ZHENG,
17  KONG LIANG LI,
    GUANGZHAO LI, and
18  HUANG CHEN

19                          Defendants.

20

21      Plaintiff United States of America, by and through its attorney of record, Assistant United States

22  Attorney Roger Yang; defendants Xiu Ping Li, by and through her counsel of record, Christopher R.

23  Cosca; Gui Wen Pan, by and through his counsel of record, Philip Cozens; Xiu Ru Li, by and through

24  her counsel of record, Olaf W. Hedberg; Dao Zhong Wei, by and through his counsel of record, Todd D.

25  Leras; Yong Jie Liu, by and through his counsel of record, Kyle R. Knapp; You An Li, by and through

26  his counsel of record, Candice L. Fields; Kong Liang Li, by and through his counsel of record, Michael

27  L. Chastaine; Guangzhao Li, by and through his counsel of record, Alin Cintean; and Huang Chen, by

28  and through his counsel of record, Etan Zaitsu, hereby stipulate as follows:


    STIPULATION AND [PROPOSED]                    1
    PROTECTIVE ORDER

1    1.  The discovery in this case consists of several thousands of pages and financial records and

2  escrow files, that contain personal information including, but not limited to, social security numbers,

3  dates of birth, telephone numbers, email addresses, and financial information such as credit card and

4  bank account numbers (hereinafter "Protected Information").

5    2.  In the absence of a protective order, numerous redactions would be necessary to avoid the

6  unauthorized disclosure or dissemination of Protected Information to individuals not party to the court

7  proceedings in this matter.  It is possible, given the nature of the evidence, that there may be Protected

8  Information that is inadvertently omitted during the redaction process.

9    3.  By this stipulation, the parties jointly request that the Court issue a protective order pursuant

10  to Rule 16(d) of the Federal Rules of Criminal Procedure and the Court's general supervisory authority.

11    4.  The Protective Order applies to all discovery containing Protected Information, including

12  discovery that may be forthcoming.  Discovery that does not contain Protected Information is not subject

13  to the Protective Order.

14    5.  Defense counsel shall not give documents that contain Protected Information (or copies of

15  such documents) to any person other than counsel's staff, investigator(s), interpreter(s), or retained

16  expert(s) (hereinafter "Defense Team").  The terms "staff," "investigator," and "expert" shall not be

17  construed to describe the defendant, or other person not:  (1) regularly employed by counsel, or (2)

18  licensed as an investigator, or (3) retained as an expert.  Interpreters should not be the defendant, the

19  defendant's relatives, or persons related to or acting on behalf of co-defendants. The Defense Team shall

20  not provide to any person copies or documents unless Protected Information has been redacted.

21    6.  The defendant may review the Protected Information and be aware of its contents, but neither

22  defense counsel nor the Defense Team shall provide copies of Protected Information to the defendant or

23  allow the defendant to copy documents contacting Protected Information.  Counsel may provide the

24  defendant with copies of documents from which Protected Information has been redacted.

25    7.  Social security numbers, birth dates, and residential addresses made in all public filings shall

26  be made pursuant to Federal Rule of Criminal Procedure 49.1.

27    8.  Nothing in this stipulation will be construed to prevent defense counsel, and the Defense

28  Team a reasonable opportunity to prepare.

STIPULATION AND [PROPOSED]                    2
PROTECTIVE ORDER

1    9. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to

2  withhold documents containing Protected Information from new counsel unless and until substituted

3  counsel agrees also to be bound by this order.

4         IT IS SO STIPULATED.

5

6    Dated:  September 18, 2017          By:    PHILLIP A. TALBERT
                                                United States Attorney
7
                                                /s/ Roger Yang
8                                               ROGER YANG
                                                Assistant U.S. Attorney
9

10

11                                      By:    /s/  CHRISTOPHER R. COSCA
                                                CHRISTOPHER R. COSCA
                                                Counsel for Xiu Ping Li
12

13                                      By:    /s/  PHILLIP COZENS
                                                PHILLIP COZENS
14                                              Counsel for Gui Wen Pan

15

16                                      By:    /s/  OLAF W. HEDBERG
                                                OLAF W. HEDBERG
17                                              Counsel for Xiu Ru Li

18

19                                      By:    /s/ TODD D. LERAS
                                                TODD D. LERAS
20                                              Counsel for Dao Zhong Wei

21

22                                      By:    /s/  KYLE R. KNAPP
                                                KYLE R. KNAPP
                                                Counsel for Yong Jie Liu
23

24                                      By:    /s/  PHILLIP COZENS
                                                PHILLIP COZENS
25                                              Counsel for Gui Wen Pan

26

27                                      By:    /s/  CANDICE L. FIELDS
                                                CANDICE L. FIELDS
28                                              Counsel for You An Li

STIPULATION AND [PROPOSED]          3
PROTECTIVE ORDER

By:     /s/  MICHAEL L. CHASTAINE
        MICHAEL L. CHASTAINE
        Counsel for Kong Liang Li


By:     /s/  ALIN CINTEAN
        ALIN CINTEAN
        Counsel for Guangzhao Li


By:     /s/  ETAN ZAITSU
        ETAN ZAITSU
        Counsel for Huang Chen


[PROPOSED] ORDER

For good cause shown, the stipulation of counsel and protective order in criminal case no. 2:17-CR-0136-KJM is approved and so ordered.


DATED:  September 18, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE