UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 03, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

XIU PING LI,

    Defendant.

Case No. 2:17-cr-00136-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __XIU PING LI__, Case No. __2:17-cr-00136-KJM__, from custody for the following reasons:

_____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of $ __250,000 - Secured by equity in 756 Route 518 Skillman , NJ 08558.__

_____ Unsecured Appearance Bond $ __.__

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): __Pretrial Services conditions of supervision.__

Issued at Sacramento, California on October 03, 2017 at __9:18 am__

By: *(signature)*

Magistrate Judge Carolyn K. Delaney