COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
XIU PING LI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>XIU PING LI,<br><br>    Defendant. | No. 2:17-CR-00136-DJC<br><br>ORDER EXONERATING BAIL<br>AND RECONVEYANCE OF DEED |

The Defendant, XIU PING LI, having been sentenced to a prison term of 60 months on April 17, 2025, and good cause appearing:

IT IS ORDERED THAT:

The real property Deed, previously posted as security in this matter, is hereby exonerated. The Clerk of the Court or designee is directed forthwith to exonerate the bail posted herein and prepare and cause to be filed a Deed of Reconveyance as necessary to fully exonerate bail. The Clerk of Court shall send the reconveyance documents to the property owner(s) listed on the deed of trust. The Deed to be reconveyed and related Secured Bond are attached hereto as Exhibits.

Dated: June 2, 2025          /s/ Daniel J. Calabretta
                             _____
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE